UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JOHN M. REGAN, JR.,

        Petitioner

   v.

BRIAN FISCHER, AS COMMISSIONER OF THE NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES; NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES; WILLIAM M. POWERS AS SUPERINTENDENT OF THE ALBION CORRECTIONAL FACILITY; NEW YORK STATE ATTORNEY GENERAL,

        Respondents.

**Docket No.**

**08 CV 6071**

## SUMMARY OF GROUNDS FOR RELIEF

1. Violation of Due Process under United States Constitution Amendments 5 and 14 by virtue of the use of fabricated and falsified evidence resulting in the prosecution, conviction and imprisonment of Sephora K. Davis.

2. Violation of Due Process by virtue of repeated and egregious violations of the constitutional disclosure requirements of <u>Brady v. Maryland</u>, 373 U.S. 83 (1963)

3. Violation of Due Process by repeated and systematic state sponsored obstruction of Petitioner's investigation, including witness intimidation.

3. Violation of treaties requiring the United States to oppose and refrain from human rights abuses such as state-sponsored rape.